7

United States District Court
Southern District of Texas
ENTERED

JUL 1 0 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

United States District Court
Southern District of Texas
FILED

JUL 0 7 1998

Michael N. Milby, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
UNITED STATES COURTHOUSE
P. O. DRAWER 31
500 E. 10TH ST., SUITE 234
BROWNSVILLE, TEXAS 78522

CHAMBERS OF
JOHN WM. BLACK
MAGISTRATE JUDGE

July 7, 1998

PHONE (956) 548-2570

Mr. Juan Jose Perez, III
Prisoner No. 511623
James Lynaugh Prison Unit
Rt. 1, Box 150
Fort Stockton, TX 79735

Mr. George Kraehe
WILLETTE, GUERRA & TREVINO, L.L.P.
3505 Boca Chica Blvd.
Suite 460
Brownsville, TX 78521

      Re:  C.A. No. B-98-044
          Juan Jose Perez, III vs.
          Sheriff Larry Spence

Gentlemen:

  Please take notice that this case has been assigned by U. S. District Judge Hilda G. Tagle to the undersigned U. S. Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1) and General Order No. 80-5 of the United States District Court for the Southern District of Texas.

  Counsels' attention is directed to the provision of 28 U.S.C. § 636(c)(1) which provide that the undersigned may, with the consent of all parties, conduct all further proceedings including trial and judgment. A form on which counsel can indicate consent is enclosed.

  If ALL parties consent please sign the consent form and return it to the clerk's office. DO NOT RETURN THIS FORM UNLESS IT HAS BEEN SIGNED BY ALL PARTIES.

YOU ARE FREE TO WITHHOLD CONSENT WITHOUT ADVERSE SUBSTANTIVE CONSEQUENCES.

A telephonic initial pretrial conference is set for **August 7, 1998 at 1:30 P.M.** before the Honorable John Wm. Black in Brownsville, Texas. A telephonic conference will be initiated by counsel for the defense, it will be the responsibility of the defense counsel to make arrangements for plaintiff to appear telephonically, at which time dates will be set for:

1. Discovery deadline;

2. Conduct of the case including additional pretrial conferences, and hearings on motions;

3. Filing a Joint Pretrial Order which conforms to the requirements of Appendix B Local Rules for the United States District Court for the Southern District of Texas;

4. A final pretrial and settlement conference; and

5. A trial on the merits.

THE PRETRIAL ORDER SHALL SERVE AS THE TRIAL PLEADINGS. FAILURE TO FILE THE PRETRIAL ORDER WITHIN THE TIME PERIOD INDICATED WILL RESULT IN DISMISSAL OF THIS CAUSE OF ACTION FOR WANT OF PROSECUTION.

WHEN PREPARING AND FILING MOTIONS, Counsel shall comply fully with Rule 6 of the Local Rules of the United States District Court for the Southern District of Texas. In particular, the District Clerk has been advised that no opposed motion will be filed unless it:

> "contain[s] an averment that [t]he movant has conferred with the respondent and that counsel cannot agree about the disposition of the motion." Rule 6(A) (4) (b).

Very truly yours,

John Wm. Black
United States Magistrate Judge

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JUAN JOSE PEREZ, III | § § | |
| VS. | § § § | CIVIL ACTION NO. B-98-044 |
| SHERIFF LARRY SPENCE | § | |

### CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE

All parties to this case waive their right to proceed before a district judge and consent to have a United States Magistrate Judge conduct all further proceedings, including the trial and judgment. 28 U.S.C. § 636(c).

| Signatures and Typed Names | Party Represented | Date |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

### ORDER OF TRANSFER

This case is transferred to United States Magistrate Judge

John Wm. Black

to conduct all further proceedings, including final judgment.

_____              _____
Date                                 Hilda G. Tagle
                                     United States District Judge

**NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT ONLY IF ALL PARTIES HAVE CONSENTED ON THIS FORM TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.**

ClibPDF - www.fastio.com