United States District Court
Southern District of Texas
ENTERED
JUL 29 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk

United States District Court
Southern District of Texas
FILED
JUL 28 1998
Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JUAN JOSE PEREZ, III, <br> Plaintiff, | § § § § § § § § § | CIVIL ACTION NO. B-98-044 <br> (JURY REQUESTED) |
| VS. | | |
| SHERIFF LARRY SPENCE, <br> Defendant. | | |

## ORDER DENYING PLAINTIFF'S MOTION FOR COURT APPOINTED COUNSEL FOR PLAINTIFF

Now Comes before this Court Plaintiff's Motion for Court Appointed Counsel for Plaintiff. Having considered said Motion and the response filed by Defendant Sheriff Larry Spence, the Court is of the opinion that said Motion should be DENIED.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that Plaintiff's Motion for Court Appointed Counsel for Plaintiff be and is hereby DENIED.

DONE THIS 28TH DAY OF JULY 1998, AT BROWNSVILLE, TEX.

UNITED STATES ~~DISTRICT~~ JUDGE
MAGISTRATE