United States District Court
Southern District of Texas
ENTERED

OCT 13 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JUAN JOSE PEREZ, III | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-98-44 |
| | § | |
| SHERIFF'S OFFICE OF WILLACY COUNTY AND LARRY SPENCE, SHERIFF | § | |

## ORDER

Plaintiff, Juan Jose Perez III filed a complaint under 42 U.S.C. § 1983 on March 31, 1998. The Court issued a Notice To Plaintiff on May 1, 1998 (pleading #3). The Court, on July 7, 1998, issued a Rule 16 Notice to Mr. Juan Jose Perez and Attorney George Kraehe. The Court also issued an order denying petitioner's motion (#9) for appointment of counsel on July 28, 1998. Petitioner has also filed a Motion for Extension of Time (#14) to complete discovery.

The Court, after reconsidering petitioner's Motion for Appointment of of counsel (Instrument #9), hereby grants said motion and appoints Attorney Jon Schmidt, P.O. Box 1330, Port Isabel, Texas 78578. Mr. Jon Schmidt will be reimbursed for any and all expenses incurred in this case. Petitioner's Motion (instrument #14) for Extension of Time is hereby GRANTED. Plaintiff's Application to Proceed In Forma Pauperis (instrument #2) is GRANTED.

Plaintiff Juan Jose Perez, III will continue to make monthly payments to the United States District Clerk, P.O. Box 2299, Brownsville, Texas 78522 until the filing fee of $150.00 is payed in full pursuant to 28 U.S.C. § 1915(b)(2).

DONE at Brownsville, Texas this the 8th day of October 1998.

John Wm. Black
U.S. Magistrate Judge