24

United States District Court
Southern District of Texas
ENTERED

NOV 01 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| JUAN JOSE PEREZ, III, et al. ) | |
|     Plaintiffs. ) | |
| v. ) | Civil Action No. B-98-044 |
| SHERIFF LARRY SPENCE, ) | |
| in his official capacity; ) | |
|     Defendant. ) | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### SCHEDULING ORDER

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

IT IS HEREBY ORDERED:

    1.    Estimated time to try this case is four days to a jury.

    2.    New parties must be joined by December 1, 1999; and any new parties must be furnished a copy of this order.

    3.    The plaintiffs' experts will be named with a report furnished by February 1, 2000.

    4.    The defendants' experts must be named with a report furnished within 30 days of the deposition of the plaintiffs' expert.

    5.    Discovery must be completed by May 1, 2000. Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the Court. No continuance will be granted because of information acquired in post-deadline discovery.

-2-

6. Motions will be filed by June 1, 2000.

7. Joint pretrial order is due July 1, 2000; and the plaintiffs are responsible for filing the pretrial order on time.

8. Docket call and the final pretrial conference will be held on: AUG 3, 2000.

9. Jury selection is set for: AUG 4, 2000

Dated at Brownsville, Texas this 29 day of OCT, 1999.

_____
The Honorable John William Black,
United States Magistrate Judge