27

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

United States District Court
Southern District of Texas
ENTERED

DEC 3 0 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

Perez
versus
Willacy County, et al

§
§
§
§
§
§

CIVIL ACTION B-98-44

### Order Resetting Trial And Jury Selection

The docket call and final pretrial conference set  08-3-2000  has been reset to:  8-3-2000  at 1:30 p.m. Jury Selection has been reset to  8-9-2000  at 9:00 a.m.

Signed  December 30 , 199_, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge