United States District Court
Southern District of Texas
ENTERED

JAN 0 5 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

28

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JUAN JOSE PEREZ, III, )
Individually, and as Next )
Friend of DENISE PEREZ, a minor, )
and JUSTIN JAMES PEREZ, a minor, )
and SELENA CHRISTINE PEREZ, )
a minor, and MELISSA )
ANNE PEREZ, a minor, and )
JUAN ANTONIO PEREZ, a minor; )
and CELIA PEREZ, Spouse; )
            ) Civil Action
 Plaintiffs; ) No. 98-B-044
v. )
            )
SHERIFF LARRY SPENCE, )
in his official capacity; )
            )
 Defendant. )

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

<u>Order</u>
re:
MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

THIS HONORABLE COURT, being advised in the premises, and having reviewed the motion for leave to file the Second Amended Complaint and ~~a~~ response thereto, ~~and having heard the arguments of counsel and evidence, if any~~, HEREBY ORDERS:

Said motion is granted;   ~~Said motion is denied.~~

DONE AT BROWNSVILLE, TEXAS, THIS 3RD DAY OF JANUARY 2000.

_____
United States ~~District~~ Judge
MAGISTRATE