33

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 16 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JUAN JOSE PEREZ, III, | § | |
|     Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-98-44 |
| | § | |
| SHERIFF LARRY SPENCE, | § | |
|     Defendant. | § | |

## ORDER

Before the Court is Magistrate Judge's Report and Recommendation on the above-referenced cause of action. After a de novo review of the entire file, it is the opinion of this Court that the Magistrate Judge's Report and Recommendation of February 4, 2000 should be **ADOPTED**.

IT IS ORDERED that the Defendant's Motion for Summary Judgment be **GRANTED** and this case be **DISMISSED**.

DONE at Brownsville, Texas this ___9___ day of ___March___ 2000.

Hilda G. Tagle
United States District Court Judge