36

United States District Court
Southern District of Texas
ENTERED

MAR 3 1 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JUAN JOSE PEREZ, III | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-98-044 |
| | § | |
| SHERIFF LARRY SPENCE | § | |

## ORDER

Pending before the Court is Plaintiff's Motion for Relief from Order Pursuant to Fed. R. Civ. P. 60(b)(6).  (Docket No. 34).

After due consideration, the Court is of the opinion that said Motion is not well taken.

IT IS THEREFORE **DENIED**.

DONE at Brownsville, Texas, this 31st day of March, 2000.

John Wm. Black
United States Magistrate Judge